# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARK MORAN, | ) ) ) |
| Plaintiff(s), | ) ) ) Case No. 4:21-cv-00267-SRC |
| v. | ) ) |
| ALPHABET, INC., *et al* | ) ) |
| Defendant(s). | ) ) |

## Memorandum and Order

This matter comes before the Court on Plaintiff's [8] Motion to Unseal all Sealed Documents, [9] Sealed Motion to Reconsider, and [10] Second Sealed Motion to Reconsider. The Court, having reconsidered the matter, denies Plaintiff's [9] Sealed Motion to Reconsider and [10] Second Sealed Motion to Reconsider. *See* Doc. 7.

The Court also denies Plaintiff's [8] Motion to Unseal all Sealed Documents. *See* E.D. Mo. L.R. 13.05; *see also Mem. and Order* at p. 6-9, *United States v. Hamm*, No. 4:19-CR-00613 SRC (E.D. Mo. Feb. 17, 2021), ECF No. 68 (addressing the right of access to judicial records).

So Ordered this 18th day of October, 2021.

*/s/ SLR.CR*

**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**